Schmidt *v.* Levy.

[FIRST DEPARTMENT, GENERAL TERM, at New York, January 1, 1872. *Ingraham*, P. J., and *Cardozo* and *Geo. G. Barnard*, Justices.]

SCHMIDT, Executor &c. *vs.* LEVY and others.

An order to stay proceedings, being discretionary, is not appealable ; especially when the motion is granted upon terms.
The terms never can be reviewed.

APPEAL by the defendant from an order made at a special term, granting a stay of proceedings, upon terms, on a judgment of foreclosure and sale.

*Elias G. Levy*, for the appellant.

*Jacob A. Gross*, for the respondent.

*By the Court*, CARDOZO, J. A motion for a stay of proceedings is addressed to the favor of the court. Judge INGRAHAM, below, allowed a stay, upon terms which he

approved, but which the appellant, it seems, did not choose to comply with. Being discretionary, the order is not appealable; and especially when the motion is granted upon terms. The terms never can be reviewed.

The appeal should be dismissed, with costs.

[FIRST DEPARTMENT, GENERAL TERM, at New York, January 1, 1872. *Cardozo* and *Geo. G. Barnard*, Justices.]